**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Julio GARCIA, also known as
Chaparro, Defendant–
Appellant**

**No. 15-40613
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed August 16, 2016

Ernest Gonzalez, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Julio Garcia, Pro Se.

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Julio Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Garcia has not filed a response. We have reviewed counsel's brief and supplemental letter, along with the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

